

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Juan Antonio Deleon, Jr.,        * From the 42nd District Court
of Taylor County,
Trial Court No. 29231-A.

Vs. No. 11-22-00113-CR       * February 23, 2023

The State of Texas,       * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.